UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHELLE M. MYERS,

                 Plaintiff,

-against-

YONKERS POLICE STATION DEPT., et al.,

                 Defendants.

25-CV-4870 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    On October 15, 2025, pursuant to this Court's Order at ECF No. 7, Defendant City of Yonkers served on Plaintiff the identity of Yonkers Police Officers who executed a search warrant at 564 South Broadway on or about May 13, 2025. *See* ECF No. 17. Plaintiff SHALL file her amended complaint, naming the newly identified individual police officer defendants she wishes to add to the lawsuit, if any, and providing their badge numbers and service addresses, by no later than **November 21, 2025**. The amended complaint will replace, not supplement, the original complaint. Once Plaintiff has filed an amended complaint, the Court will screen it and, if necessary, issue an order directing service on the newly identified defendants. An amended complaint form is attached to this Order, together with Plaintiff's original Complaint for her reference. Plaintiff should also note the Court's dismissal of Plaintiff's claims against the Yonkers Police Department and addition of the City of Yonkers as a defendant. *See* ECF No. 7.

    The Court respectfully directs the Clerk of Court to mail a copy of this Order to Plaintiff.

Dated: October 20, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\_\_\_\_\_CV_____

Write the full name of each plaintiff.

(Include case number if one has been assigned)

-against-

**AMENDED COMPLAINT**

(Prisoner)

Do you want a jury trial?
☐ Yes    ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/20/16

**I.    LEGAL BASIS FOR CLAIM**

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐ Violation of my federal constitutional rights

☐ Other:

**II.   PLAINTIFF INFORMATION**

Each plaintiff must provide the following information. Attach additional pages if necessary.

First Name           Middle Initial           Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Current Place of Detention

Institutional Address

County, City                              State                    Zip Code

**III.  PRISONER STATUS**

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other:

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

First Name            Last Name            Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City            State            Zip Code

Defendant 2:

First Name            Last Name            Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City            State            Zip Code

Defendant 3:

First Name            Last Name            Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City            State            Zip Code

Defendant 4:

First Name            Last Name            Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City            State            Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence:

Date(s) of occurrence:

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## VI.  RELIEF

State briefly what money damages or other relief you want the court to order.

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated | Plaintiff's Signature |
|---|---|

| First Name | Middle Initial | Last Name |
|---|---|---|

Prison Address

| County, City | State | Zip Code |
|---|---|---|

Date on which I am delivering this complaint to prison authorities for mailing: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MicHell M. Myers
_____

Write the full name of each plaintiff.

RECEIVED JUN 0 6 2025

No. _____
(To be filled out by Clerk's Office)

-against-

YonKers Police Station
~~████████████████████~~ DEPT.
~~████████████████████~~

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes    ☐ No
IF NESSARY

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☒ Violation of my federal constitutional rights

☒ Other: ~~POLICE~~ MISCONDUCT/WARRANTLESS ENTRY ARREST

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Michelle / M / Myers
First Name / Middle Initial / Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

P-287872

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

WESTCHESTER DEPT. OF CORRECTIONS (JAIL) WOMENS DIVISION
Current Place of Detention

10 WOODS RD.
Institutional Address

VALHALLA / N.Y. / 10595
County, City / State / Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☒ Other: ____

Page 2

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 564 SOUTH BROADWAY

Date(s) of occurrence: 5-12-2025

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

(SHORT STORY) → WARRANTLESS ENTRY AND ILLEGAL SEARCH & SEIZURE! FALSE ARREST!

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**

First Name: YONKERS    Last Name: POLICE STATION    Shield #:

Current Job Title (or other identifying information): POLICE OFFICERS

Current Work Address: YONKER POLICE STATION

County, City: YONKER    State: N.Y    Zip Code: 10701

**Defendant 2:**

First Name:    Last Name:    Shield #:

Current Job Title (or other identifying information):

Current Work Address:

County, City:    State:    Zip Code:

**Defendant 3:**

First Name:    Last Name:    Shield #:

Current Job Title (or other identifying information):

Current Work Address:

County, City:    State:    Zip Code:

**Defendant 4:**

First Name:    Last Name:    Shield #:

Current Job Title (or other identifying information):

Current Work Address:

County, City:    State:    Zip Code:

Page 3

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

NO INJURIES & NO MEDICAL TREATMENT

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

VIOLATION OF CONSITUTIONAL RIGHTS — #750K
VIOLATION OF 8TH AMENDMENT — #500K
FALSE ARREST — #500K
ILLEGAL SEARCH & SEIZURE — #500K
DAMAGE OF PROPERTY — #20K
CRUEL & USUAL PUNISHMENT — #500K
PAIN & ANGUISH — #250K

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 6-3-2025 | | Michell M. Myers |
|---|---|---|
| Dated | | Plaintiff's Signature |

| Michell | M. | Myers |
|---|---|---|
| First Name | Middle Initial | Last Name |

| 10 Woods Rd. | | Women's Unit |
|---|---|---|
| Prison Address | | |

| Valhalla | N.Y. | 10595 |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: _____

Page 6

Michell M Myers P-2878-12
West Co. Jail Womens Unit
P.O Box 10. Valhalla N.Y.
10595

PRO SE OFFICE

RECEIVED
JUN 06 2025
U.S.D.C.
W.P.

WESTCHESTER NY 105
4 JUN 2025 PM 3 L

Clerk of Court
United States Southern District Court
Charles L. Brient Courthouse
300 Quarropas St.
White Plains N.Y.
10601

