UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MICHELLE M. MYERS,

                        Plaintiff,                     **ORDER**

            -against-                      25-cv-4870 (JGLC) (AEK)

THE CITY OF YONKERS,

                        Defendant.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       A status conference was held in this matter on October 28, 2025 at which the Court noted that, in accordance with the order issued by the Honorable Jessica G.L. Clarke on October 20, 2025, ECF No. 19, Plaintiff must file her Amended Complaint by no later than **November 21, 2025**. As explained during the conference, the form that Plaintiff should use for her Amended Complaint is attached to the October 20, 2025 order. Plaintiff should file the Amended Complaint by mailing it to:

> *Pro Se* Intake Unit
> United States District Court for the Southern District of New York
> Hon. Charles L. Brieant, Jr. Federal Building and Courthouse
> 300 Quarropas Street
> White Plains, NY 10601

       Defendant's counsel has agreed to accept service of the Amended Complaint on behalf of all Defendants, including any newly named Defendants, via the Court's Electronic Case Filing system.

       Plaintiff informed the Court that she expects to be released from the Westchester County Jail within the next few weeks. The Court advised Plaintiff of her responsibility to provide the

Court with her updated contact information upon her release.  Plaintiff should mail a letter with her updated contact information to the *Pro Se* Intake Unit at the address listed above.

The Court adjourned the matter to **December 16, 2025, at 10:30 a.m.** for a telephonic status conference.

To access the teleconference, please follow these directions: (1) dial the meeting number: (855) 244-8681; (2) enter the conference ID: 23125035451; and (3) press pound (##) to enter the teleconference as a guest.  Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated: October 28, 2025
White Plains, New York

                                                **SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge