UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MICHELLE M. MYERS,

                Plaintiff,               **ORDER**

      -against-                    25-cv-4870 (JGLC) (AEK)

THE CITY OF YONKERS,

                Defendant.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      On October 28, 2025, the Court issued an order directing Plaintiff to file her Amended Complaint by no later than November 21, 2025.  ECF No. 23.  To date, the Amended Complaint has not been filed.  Accordingly, the Court *sua sponte* extends Plaintiff's time to file her Amended Complaint to **December 17, 2025**.

      As stated in the Court's October 28 order, the form that Plaintiff should use for her Amended Complaint is attached to the October 20, 2025 order.  Plaintiff should file the Amended Complaint by mailing it to:

> *Pro Se* Intake Unit
> United States District Court for the Southern District of New York
> Hon. Charles L. Brieant, Jr. Federal Building and Courthouse
> 300 Quarropas Street
> White Plains, NY 10601

      Defendant's counsel has agreed to accept service of the Amended Complaint on behalf of all Defendants, including any newly named Defendants, via the Court's Electronic Case Filing system.

      The telephonic status conference set for **December 16, 2025, at 10:30 a.m.** will proceed as scheduled.

To access the teleconference, please follow these directions: (1) dial the meeting number: (855) 244-8681; (2) enter the conference ID: 23125035451; and (3) press pound (##) to enter the teleconference as a guest.  Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

**Counsel for Defendant must make arrangements with the appropriate correctional facility to have Plaintiff available via telephone.**

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated:  December 3, 2025
White Plains, New York

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge

2