UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MICHELLE M. MYERS,

                          Plaintiff,                    **ORDER**

          -against-                   25-cv-4870 (JGLC) (AEK)

THE CITY OF YONKERS,

                          Defendant.
---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       The Court conducted a telephonic status conference on February 12, 2026, at which Defendant appeared, but Plaintiff failed to appear. To date, Plaintiff has not communicated with either Defendant or the Court. In accordance with the Court's prior order, ECF No. 28, the Court has given Defendant permission to file a motion to dismiss for failure to prosecute. Defendant's motion is to be served and filed by **March 16, 2026**. Plaintiff's opposition papers are to be served and filed by **April 13, 2026**. Defendant's reply papers, if any, are to be served and filed by **April 20, 2026**.

       The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff at her last known address of record on the docket.

Dated: February 12, 2026
       White Plains, New York

                                 **SO ORDERED.**

                                 _____
                                 ANDREW E. KRAUSE
                                 United States Magistrate Judge